UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sangvang Juan Mekdara,

        Petitioner,

v.                                                                                    Case No. 15-CV-3632 (JNE/JJK)
                                                                                                             ORDER

Denise Wilson, Warden, F.C.I.
Sandstone,

        Respondent.

This matter is before the Court on a Report and Recommendation issued by the Honorable Jeffrey J. Keyes, United States Magistrate Judge, on September 22, 2015.  No objection to the Report and Recommendation has been made.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the conclusions and reasoning of the Report and Recommendation [Docket No. 2].

Therefore, IT IS ORDERED THAT:

1. The petition of Petitioner Sangvang Juan Mekdara for a writ of habeas corpus [Docket No. 1] is DENIED.

2. This case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 22, 2015                                             s/ Joan N. Ericksen
                                                                             JOAN N. ERICKSEN
                                                                             United States District Judge